# Bordentown Banking Company *v.* Sparhawk, Appellant (No. 2).

Argued Jan. 12, 1906. Appeal, No. 232, Jan. T., 1905, by defendant, from order of C. P. No. 1, Phila. Co., March T., 1905, No. 4,247, making absolute rule for judgment for want of a sufficient affidavit of defense in case of Bordentown Bank-

ing Company v. John Sparhawk, Jr. Before MITCHELL, C. J., FELL, BROWN, MESTREZAT, POTTER, ELKIN and STEWART, JJ. Affirmed.

OPINION BY MR. JUSTICE STEWART, March 12, 1906:

The cause of action here is the same as in Bordentown Banking Co. v. Restein, ante, p. 331, just decided, and the affidavit of defense is precisely the same. For reasons stated in that case, this judgment is affirmed.